IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>CENTER CITY HEALTHCARE, LLC D/B/A HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| Broad Street Healthcare Properties, LLC, Broad Street Healthcare Properties II, LLC, Broad Street Healthcare Properties III, LLC, and Philadelphia Academic Health Holdings, LLC,<br><br>                    Appellants,<br><br>          v.<br><br>Center City Healthcare, LLC d/b/a Hahnemann University Hospital,<br><br>                    Appellee. | U.S. District Court<br><br>Case No. 21-cv-01779-RGA<br><br>Bankruptcy BAP No. 21-87<br><br><br><br>**Re: D.I. 25 & 26** |

**STIPULATION REGARDING
FURTHER EXTENSION OF BRIEFING DEADLINES**

Broad Street Healthcare Properties, LLC, Broad Street Healthcare Properties II, LLC, Broad Street Healthcare Properties III, LLC (collectively, the "**Broad Street Entities**"), and Philadelphia Academic Health Holdings, LLC ("**PAHH**" and, together with the Broad Street Entities, the "**Appellants**"), the above-referenced debtors and debtors-in-possession (collectively,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

the "**Debtors**"), the Official Committee of Unsecured Creditors (the "**Committee**"), HSRE,[2] the MBNF Non-Debtor Entities,[3] and Tenet[4] (collectively, the "**Parties**"), enter into this (the "**Stipulation**") and hereby agree as follows:

## RECITALS

WHEREAS the recitals and agreement set forth in the *Stipulation Regarding the Extension of Briefing Deadlines and Withdrawal of Certain Sealed Documents* [D.I. 26] (the "**First Stipulation**") are incorporated herein by reference;

WHEREAS on February 14, 2022, this Court approved the First Stipulation (the "**Approval Order**");

WHEREAS pursuant to paragraph 1 of the First Stipulation, any briefing or filing obligation of any party in the above-captioned appeal (the "**Appeal**") is stayed through March 31, 2022;

WHEREAS since approval of the First Stipulation, the Debtors, the Committee, HSRE, and the MBNF Non-Debtor Entities have continued to engage in mediation before the Honorable Kevin J. Carey (ret.), as mediator, with respect to certain disputes among such parties, including disputes related to this Appeal (the "**Chapter 11 Mediation**");

WHEREAS since approval of the First Stipulation, the Appellants, the MBNF Non-Debtor Entities and Tenet have continued to engage in mediation before the Honorable Joseph J. Farnan

---

[2] "**HSRE**" means, collectively, PAHH Bellet MOB, LLC; PAHH Broad Street MOB, LLC; PAHH Erie Street Garage, LLC; PAHH Feinstein MOB, LLC; PAHH New College MOB, LLC; PAHH Wood Street Garage, LLC; HSREP VI Holding, LLC; HSRE-PAHH IA, LLC; and HSRE-PAHH I, LLC.

[3] "**MBNF Non-Debtor Entities**" means, collectively, Appellants, Joel Freedman, Stella Freedman, Svetlana Attestatova, Kyle Schmidt, MBNF Investments, LLC, American Academic Health System, LLC, Front Street Healthcare Properties, LLC, Front Street Healthcare Properties II, LLC, Philadelphia Academic Risk Retention Group, LLC, Paladin Healthcare Capital, LLC, Paladin Healthcare Management, LLC, and Globe Health Foundation, Inc.

[4] "**Tenet**" means, collectively, Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC.

2

(ret.), as mediator, with respect to certain disputes among such parties, including disputes related to this Appeal (the "**Tenet Mediation**" and, together with the Chapter 11 Mediation, the "**Mediations**");

WHEREAS as a result of the Mediations, the Parties believe they have made meaningful progress toward a global resolution and settlement among them, including resolution and settlement of this Appeal, and wish to continue such Mediations;

WHEREAS to maximize judicial efficiency and conserve resources of the Court and the Parties, the Parties jointly propose to stay the above-captioned Appeal, including briefing on the merits of the Appeal and all other filings in the Appeal, through and including April 30, 2022.

## AGREEMENT

NOW, THEREFORE, in consideration of the foregoing, the Parties hereby agree and stipulate as follows:

1. Paragraph 1 of the First Stipulation is hereby amended as follows: "Until termination of the Mediation, any briefing or filing obligations of any party in this Appeal stemming from the filing of the Notice of Appeal shall be stayed through and including April 30, 2022."

2. Except as expressly modified herein, the terms and conditions of the First Stipulation and the Approval Order shall otherwise remain in full force and effect.

[*Remainder of page intentionally left blank*]

Dated: March 31, 2022
       Wilmington, DE

| | |
|---|---|
| */s/ Brendan J. Schlauch* | */s/ Mark Minuti* |
| Mark D. Collins (No. 2981) | Mark Minuti (No. 2659) |
| Michael J. Merchant (No. 3854) | Monique B. DiSabatino (No. 6027) |
| Brendan J. Schlauch (No. 6115) | SAUL EWING ARNSTEIN & LEHR LLP |
| RICHARDS, LAYTON & FINGER, P.A. | 1201 N. Market Street, Suite 2300 |
| One Rodney Square | P.O. Box 1266 |
| 920 North King Street | Wilmington, DE 19889 |
| Wilmington, Delaware 19801 | Telephone: (302) 421-5873 |
| Tel: (302) 651-7700 | Fax: (302) 421-5873 |
| Fax: (302) 651-7701 | mark.minuti@saul.com |
| Email: collins@rlf.com | monique.disabatino@saul.com |
| merchant@rlf.com | |
| schlauch@rlf.com | -and- |
| | |
| - and - | Jeffrey C. Hampton |
| | Adam H. Isenberg |
| Suzzanne Uhland | Center Square West |
| Tianjiao ("TJ") Li | SAUL EWING ARNSTEIN & LEHR LLP |
| Alexandra M. Zablocki | 1500 Market Street, 38th Floor |
| LATHAM & WATKINS LLP | Philadelphia, PA 19102 |
| 1271 Avenue of the Americas | Telephone: (215) 972-777 |
| New York, New York 10022 | Fax: (215) 972-7725 |
| Telephone: (212) 906-1200 | jeffrey.hampton@saul.com |
| Facsimile: (212) 751-4864 | adam.isenberg@saul.com |
| E-mail: suzzanne.uhland@lw.com | |
| tj.li@lw.com | *Counsel for the Debtors and Debtors in Possession* |
| alexandra.zablocki@lw.com | |

*Counsel for Appellants*

4

/s/ Seth A. Niederman
Seth A. Niederman (No. 4588)
FOX ROTHSCHILD LLP
919 North Market Street, Suite 300
Wilmington, DE 19899-2323
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
E-mail: sniederman@foxrothschild.com

-and-

Andrew H. Sherman
Boris I. Mankovetskiy
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, NJ 07102
Telephone: (973) 643-7000
Facsimile: (973) 643-6500
Email: asherman@sillscummis.com
       bmankovetskiy@sillscummis.com

*Counsel to the Official Committee of Unsecured Creditors*

/s/ Stuart M. Brown
Stuart M. Brown (DE Bar No. 4050)
DLA PIPER LLP (US)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
stuart.brown@us.dlapiper.com

-and-

Joseph Kernen
One Liberty Place
1650 Market Street
Suite 5000
Philadelphia, PA 19103
Telephone:  (215) 656-3345
joseph.kernen@dlapiper.com

-and-

Richard A. Chesley
444 West Lake Street, Suite 900
Chicago, IL 60606
Telephone: (312) 368-4000
Facsimile: (312) 236-7516
richard.chesley@us.dlapiper.com

*Counsel for HSRE Entities*

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
PACHULSKI STANG ZIEHL & JONES LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone:  (302) 652-4100
ljones@pszjlaw.com
tcairns@pszjlaw.com

-and-

Stephen C. Hackney
Kent J. Hayden
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
stephen.hackney@kirkland.com
kent.hayden@kirkland.com

*Counsel for Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC*


SO ORDERED 31st day of __March__, 2022.


                                        /s/ Richard G. Andrews
                                        The Honorable Richard G. Andrews
                                        United States District Court Judge

RLF1 27071442v.2