IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>CENTER CITY HEALTHCARE, LLC D/B/A HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>                 Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| Broad Street Healthcare Properties, LLC, Broad Street Healthcare Properties II, LLC, Broad Street Healthcare Properties III, LLC, and Philadelphia Academic Health Holdings, LLC,<br><br>                 Appellants,<br><br>                 v.<br><br>Center City Healthcare, LLC d/b/a Hahnemann University Hospital,<br><br>                 Appellee. | U.S. District Court<br><br>Case No. 21-cv-01779-RGA<br><br>Bankruptcy BAP No. 21-87<br><br><br>**Re: D.I. 25, 26, 28 & 29** |

**THIRD STIPULATION REGARDING
EXTENSION OF BRIEFING DEADLINES**

      Broad Street Healthcare Properties, LLC, Broad Street Healthcare Properties II, LLC, Broad Street Healthcare Properties III, LLC (collectively, the "**Broad Street Entities**"), and Philadelphia Academic Health Holdings, LLC ("**PAHH**" and, together with the Broad Street Entities, the "**Appellants**"), the above-referenced debtors and debtors-in-possession (collectively,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

the "**Debtors**"), the Official Committee of Unsecured Creditors (the "**Committee**"), HSRE,[2] the MBNF Non-Debtor Entities,[3] and Tenet[4] (collectively, the "**Parties**"), enter into this stipulation (the "**Stipulation**") and hereby agree as follows:

### **RECITALS**

WHEREAS the recitals and agreement set forth in the *Stipulation Regarding the Extension of Briefing Deadlines and Withdrawal of Certain Sealed Documents* [D.I. 25] (the "**First Stipulation**") and the *Stipulation Regarding Further Extension of Briefing Deadlines* [D.I. 28] (the "**Second Stipulation,**" and together with the First Stipulation, the "**Stipulations**") are incorporated herein by reference;

WHEREAS on February 14, 2022, this Court approved the First Stipulation [D.I. 26] (the "**First Approval Order**");

WHEREAS on March 31, 2022, this Court approved the Second Stipulation [D.I. 29] (the "**Second Approval Order**," and together with the First Approval Order, the "**Approval Orders**");

WHEREAS pursuant to paragraph 1 of the First Stipulation (as amended by the Second Stipulation), any briefing or filing obligation of any party in the above-captioned appeal (the "**Appeal**") is stayed through April 30, 2022;

WHEREAS since approval of the Second Stipulation, the Debtors, the Committee, HSRE, and the MBNF Non-Debtor Entities have continued to engage in mediation before the Honorable

---

[2] "**HSRE**" means, collectively, PAHH Bellet MOB, LLC; PAHH Broad Street MOB, LLC; PAHH Erie Street Garage, LLC; PAHH Feinstein MOB, LLC; PAHH New College MOB, LLC; PAHH Wood Street Garage, LLC; HSREP VI Holding, LLC; HSRE-PAHH IA, LLC; and HSRE-PAHH I, LLC.

[3] "**MBNF Non-Debtor Entities**" means, collectively, Appellants, Joel Freedman, Stella Freedman, Svetlana Attestatova, Kyle Schmidt, MBNF Investments, LLC, American Academic Health System, LLC, Front Street Healthcare Properties, LLC, Front Street Healthcare Properties II, LLC, Philadelphia Academic Risk Retention Group, LLC, Paladin Healthcare Capital, LLC, Paladin Healthcare Management, LLC, and Globe Health Foundation, Inc.

[4] "**Tenet**" means, collectively, Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC.

Kevin J. Carey (ret.), as mediator, with respect to certain disputes among such parties, including disputes related to this Appeal (the "**Chapter 11 Mediation**");

WHEREAS since approval of the Second Stipulation, the Appellants, the MBNF Non-Debtor Entities and Tenet have continued to engage in mediation before the Honorable Joseph J. Farnan (ret.), as mediator, with respect to certain disputes among such parties, including disputes related to this Appeal (the "**Tenet Mediation**" and, together with the Chapter 11 Mediation, the "**Mediations**");

WHEREAS as a result of the Mediations, the Parties have reached an agreement in principle on the vast majority of the disputed issues with respect to the disputes among them and are working to reach agreement on the remaining issues and finalize the relevant documentation of such agreement, which would include resolution and settlement of this Appeal, and wish to continue such Mediations;

WHEREAS to maximize judicial efficiency and conserve resources of the Court and the Parties, the Parties jointly propose to stay the above-captioned Appeal, including briefing on the merits of the Appeal and all other filings in the Appeal, through and including May 31, 2022.

## AGREEMENT

NOW, THEREFORE, in consideration of the foregoing, the Parties hereby agree and stipulate as follows:

1. Paragraph 1 of the First Stipulation (as amended by the Second Stipulation) is hereby further amended as follows: "Until termination of the Mediation, any briefing or filing obligations of any party in this Appeal stemming from the filing of the Notice of Appeal shall be stayed through and including May 31, 2022."

2.     Except as expressly modified herein, the terms and conditions of the Stipulations and the Approval Orders shall otherwise remain in full force and effect.

[*Remainder of page intentionally left blank*]

Dated: April 29, 2022
Wilmington, DE

| | |
|---|---|
| */s/ Brendan J. Schlauch* | */s/ Mark Minuti* |
| Mark D. Collins (No. 2981) | Mark Minuti (No. 2659) |
| Michael J. Merchant (No. 3854) | Monique B. DiSabatino (No. 6027) |
| Brendan J. Schlauch (No. 6115) | SAUL EWING ARNSTEIN & LEHR LLP |
| RICHARDS, LAYTON & FINGER, P.A. | 1201 N. Market Street, Suite 2300 |
| One Rodney Square | P.O. Box 1266 |
| 920 North King Street | Wilmington, DE 19889 |
| Wilmington, Delaware 19801 | Telephone: (302) 421-5873 |
| Tel: (302) 651-7700 | Fax: (302) 421-5873 |
| Fax: (302) 651-7701 | mark.minuti@saul.com |
| Email: collins@rlf.com | monique.disabatino@saul.com |
|       merchant@rlf.com | |
|       schlauch@rlf.com | -and- |
| - and - | Jeffrey C. Hampton |
| | Adam H. Isenberg |
| Suzzanne Uhland | Center Square West |
| Tianjiao ("TJ") Li | SAUL EWING ARNSTEIN & LEHR LLP |
| Alexandra M. Zablocki | 1500 Market Street, 38th Floor |
| LATHAM & WATKINS LLP | Philadelphia, PA 19102 |
| 1271 Avenue of the Americas | Telephone: (215) 972-777 |
| New York, New York 10022 | Fax: (215) 972-7725 |
| Telephone: (212) 906-1200 | jeffrey.hampton@saul.com |
| Facsimile: (212) 751-4864 | adam.isenberg@saul.com |
| E-mail: suzzanne.uhland@lw.com | |
|       tj.li@lw.com | *Counsel for the Debtors and Debtors in Possession* |
|       alexandra.zablocki@lw.com | |

*Counsel for Appellants*

| | |
|---|---|
| */s/ Seth A. Niederman*<br>Seth A. Niederman (No. 4588)<br>FOX ROTHSCHILD LLP<br>919 North Market Street, Suite 300<br>Wilmington, DE 19899-2323<br>Telephone: (302) 654-7444<br>Facsimile: (302) 656-8920<br>E-mail: sniederman@foxrothschild.com<br><br>-and-<br><br>Andrew H. Sherman<br>Boris I. Mankovetskiy<br>SILLS CUMMIS & GROSS P.C.<br>One Riverfront Plaza<br>Newark, NJ 07102<br>Telephone: (973) 643-7000<br>Facsimile: (973) 643-6500<br>Email: asherman@sillscummis.com<br>         bmankovetskiy@sillscummis.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* | */s/ Stuart M. Brown*<br>Stuart M. Brown (DE Bar No. 4050)<br>DLA PIPER LLP (US)<br>1201 North Market Street, Suite 2100<br>Wilmington, DE 19801<br>Telephone: (302) 468-5700<br>stuart.brown@us.dlapiper.com<br><br>-and-<br><br>Joseph Kernen<br>One Liberty Place<br>1650 Market Street<br>Suite 5000<br>Philadelphia, PA 19103<br>Telephone:  (215) 656-3345<br>joseph.kernen@dlapiper.com<br><br>-and-<br><br>Richard A. Chesley<br>444 West Lake Street, Suite 900<br>Chicago, IL 60606<br>Telephone: (312) 368-4000<br>Facsimile: (312) 236-7516<br>richard.chesley@us.dlapiper.com<br><br>*Counsel for HSRE Entities* |

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
PACHULSKI STANG ZIEHL & JONES LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone:  (302) 652-4100
ljones@pszjlaw.com
tcairns@pszjlaw.com

-and-

Stephen C. Hackney
Kent J. Hayden
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
stephen.hackney@kirkland.com
kent.hayden@kirkland.com

*Counsel for Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC*


SO ORDERED __ day of _____, 2022.

_____
The Honorable Richard G. Andrews
United States District Court Judge