IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>CENTER CITY HEALTHCARE, LLC D/B/A HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>             Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| Broad Street Healthcare Properties, LLC, Broad Street Healthcare Properties II, LLC, Broad Street Healthcare Properties III, LLC, and Philadelphia Academic Health Holdings, LLC,<br><br>             Appellants,<br><br>             v.<br><br>Center City Healthcare, LLC d/b/a Hahnemann University Hospital,<br><br>             Appellee. | U.S. District Court<br><br>Case No. 21-cv-01779-RGA<br><br>Bankruptcy BAP No. 21-87 |

**STIPULATION REGARDING SETTLEMENT AND DISMISSAL OF APPEAL**

Broad Street Healthcare Properties, LLC, Broad Street Healthcare Properties II, LLC, Broad Street Healthcare Properties III, LLC (collectively, the "**Broad Street Entities**"), and Philadelphia Academic Health Holdings, LLC ("**PAHH**" and, together with the Broad Street Entities, the "**Appellants**"), on the one hand, and the above-referenced debtors and debtors-in-possession (collectively, the "**Debtors**"), the Official Committee of Unsecured Creditors (the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

"**Committee**," and together with the Debtors, the "**Appellees**," and the Appellees collectively with the Appellants, the "**Parties**"), on the other hand, enter into this stipulation (the "**Stipulation**") and hereby agree as follows:

## RECITALS

WHEREAS, on June 30, 2019 or July 1, 2019, each of the Debtors commenced a case (collectively, the "**Chapter 11 Cases**") under Title 11 of the United States Code, 11 U.S.C. §§ 101–1532, in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**");

WHEREAS, on July 15, 2019, the Office of the United States Trustee for the District of Delaware appointed the Committee in the Debtors' Chapter 11 Cases;

WHEREAS, pursuant to orders entered by the Bankruptcy Court [Bankr. D.I. 1943, 2119 & 2648], the Debtors, the Committee, HSRE,[2] and the MBNF Non-Debtor Entities[3] have been engaged in mediation before the Honorable Kevin J. Carey (ret.), as mediator, with respect to certain disputes among the parties, including disputes related to the Appeal (as defined below) (the "**Chapter 11 Mediation**");

WHEREAS, on June 29, 2021, the Debtors filed under seal an adversary complaint with the Bankruptcy Court [Adv. Pro. No. 21-50991, D.I. 1 and 2] (the "**Adversary Complaint**") asserting numerous claims against Appellants and other MBNF Non-Debtor Entities. By

---

[2] "**HSRE**" means, collectively, PAHH Bellet MOB, LLC; PAHH Broad Street MOB, LLC; PAHH Erie Street Garage, LLC; PAHH Feinstein MOB, LLC; PAHH New College MOB, LLC; PAHH Wood Street Garage, LLC; HSREP VI Holding, LLC; HSRE-PAHH IA, LLC; and HSRE-PAHH I, LLC.

[3] "**MBNF Non-Debtor Entities**" means, collectively, Appellants, Joel Freedman, Stella Freedman, Svetlana Attestatova, Kyle Schmidt, MBNF Investments, LLC, American Academic Health System, LLC, Front Street Healthcare Properties, LLC, Front Street Healthcare Properties II, LLC, Philadelphia Academic Risk Retention Group, LLC, Paladin Healthcare Capital, LLC, Paladin Healthcare Management, LLC, and Globe Health Foundation, Inc.

2

agreement of the parties to such adversary proceeding, the Adversary Complaint has been sealed and stayed, and the parties remain in the Chapter 11 Mediation before Judge Carey;

WHEREAS, on October 29, 2021, Appellants filed a motion with the Bankruptcy Court [Bankr. D.I. 3002] (the "**Comfort Motion**") seeking entry of an order (i) determining that the automatic stay does not apply to certain assets or (ii), in the alternative, granting limited relief from the automatic stay to permit Appellants to sell, transfer, or otherwise encumber such assets;

WHEREAS, certain parties, including Appellees, opposed the Comfort Motion.  *See* Bankr. D.I. 3101, 3102, 3172 & 3175;

WHEREAS, following a hearing held on December 1, 2021 (the "**Hearing**") regarding the relief requested in the Comfort Motion and the *Debtors' and Committee's Expedited Motion to (A) Compel Discovery on Motion of the Broad Street Entities and PAHH for Entry of an Order (I) Determining that the Automatic Stay Does Not Apply to Their Assets or (II) in the Alternative, Granting Limited Relief from the Automatic Stay for Them to Sell, Transfer, or Otherwise Encumber Such Assets and (B) to Continue Hearing* [D.I. 3053] (the "**Motion to Compel**"), the Bankruptcy Court entered orders denying the Comfort Motion and the Motion to Compel.  *See* Bankr. D.I. 3261 (the "**Comfort Motion Order**") & 3267;

WHEREAS, on December 20, 2021, Appellants filed a notice of appeal [Bankr. D.I. 3338; D.I. 1] appealing from the Comfort Motion Order and certain accompanying statements set forth on the record at the Hearing (the "**Appeal**");

WHEREAS, the Parties have previously stipulated to staying the Appeal and extending the related briefing deadlines as set forth in the *Stipulation Regarding the Extension of Briefing Deadlines and Withdrawal of Certain Sealed Documents* [D.I. 25] (the "**First Stipulation**"), the *Stipulation Regarding Further Extension of Briefing Deadlines* [D.I. 28] (the "**Second**

**Stipulation**"), the *Third Stipulation Regarding Extension of Briefing Deadlines* [D.I. 30] (the "**Third Stipulation**"), the *Fourth Stipulation Regarding Extension of Briefing Deadlines* [D.I. 32] (the "**Fourth Stipulation**"), the *Fifth Stipulation Regarding Extension of Briefing Deadlines* [D.I. 34] (the "**Fifth Stipulation**"), the *Sixth Stipulation Regarding Extension of Briefing Deadlines* [D.I. 36] (the "**Sixth Stipulation**"), and the *Seventh Stipulation Regarding Extension of Briefing Deadlines* [D.I. 38] (the "**Seventh Stipulation**");

WHEREAS, on February 14, 2022, this Court approved the First Stipulation [D.I. 26];

WHEREAS, on March 31, 2022, this Court approved the Second Stipulation [D.I. 29];

WHEREAS, on April 29, 2022, this Court approved the Third Stipulation [D.I. 31];

WHEREAS, on June 1, 2022, this Court approved the Fourth Stipulation [D.I. 33];

WHEREAS, on June 30, 2022, this Court approved the Fifth Stipulation [D.I. 35];

WHEREAS, on July 28, 2022, this Court approved the Sixth Stipulation [D.I. 37];

WHEREAS, on August 31, 2022, this Court approved the Seventh Stipulation [D.I. 39];

WHEREAS, pursuant to paragraph 1 of the First Stipulation (as amended by the Second Stipulation, the Third Stipulation, the Fourth Stipulation, the Fifth Stipulation, the Sixth Stipulation, and the Seventh Stipulation), any briefing or filing obligation of any party in the Appeal is stayed through September 30, 2022;

WHEREAS, the Appellants, the other MBNF Non-Debtor Entities and Tenet Business Services Corporation ("**Tenet**") have been continuously engaged in mediation before the Honorable Joseph J. Farnan (ret.), as mediator, with respect to certain disputes among such parties, including disputes related to the Appeal (the "**Tenet Mediation**" and, together with the Chapter 11 Mediation, the "**Mediations**");

WHEREAS, as a result of the Mediations, on August 7, 2022, the Parties entered into a global settlement agreement of the disputes among them, including resolution and settlement of the Appeal, as reflected in that certain *Memorandum of Understanding RE Global Settlement Among,* Inter Alia*, Debtors, Debtors' Subsidiaries, Committee, Tenet, Conifer, MBNF Parties, HSRE Entities and CONA Parties* (the "**MOU**");

WHEREAS, on August 8, 2022, the Debtors filed a motion seeking approval of the MOU by the Bankruptcy Court;

WHEREAS, on August 29, 2022, the Bankruptcy Court entered an order approving the MOU.  *See* Case No. 19-11466 (MFW) at Docket No. 4216 (the "**MOU Order**").  A copy of the MOU Order is attached hereto as Exhibit A;

WHEREAS, the conditions to the effectiveness of the MOU were satisfied or waived pursuant to the terms of the MOU on September 13, 2022 (the "**MOU Implementation Date**"), and the Debtors filed the MOU Implementation Date Certification (as defined in the MOU) on September 13, 2022 [Bankr. D.I. 4261]; and

WHEREAS, the Debtors filed the MOU Release Notice (as defined in the MOU) on September 15, 2022 [Bankr. D.I. 4272].

**AGREEMENT**

NOW, THEREFORE, in consideration of the foregoing, the Parties hereby agree and stipulate as follows:

1. Pursuant to the MOU and the MOU Order, the Appeal is settled among the Parties and the parties to the Stipulation shall abide by and take all steps necessary to effectuate the terms of the MOU.

2. Pursuant to Rule 8023 of the Federal Rules of Bankruptcy Procedure, the Parties hereby stipulate to the dismissal of the Appeal with prejudice, with each Party to bear its own attorneys' fees and costs. The Appellants represent that all costs and fees due have been paid to the District Court for the District of Delaware.

[*Remainder of page intentionally left blank*]

Dated: September 19, 2022
Wilmington, DE

/s/ Brendan J. Schlauch
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Brendan J. Schlauch (No. 6115)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Tel: (302) 651-7700
Fax: (302) 651-7701
Email: collins@rlf.com
merchant@rlf.com
schlauch@rlf.com

- and -

Suzzanne Uhland
Tianjiao ("TJ") Li
Alexandra M. Zablocki
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
E-mail: suzzanne.uhland@lw.com
tj.li@lw.com
alexandra.zablocki@lw.com

*Counsel for Appellants*

/s/ Mark Minuti
Mark Minuti (No. 2659)
Monique B. DiSabatino (No. 6027)
SAUL EWING ARNSTEIN & LEHR LLP
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19889
Telephone: (302) 421-5873
Fax: (302) 421-5873
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Center Square West
SAUL EWING ARNSTEIN & LEHR LLP
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for the Debtors and Debtors in Possession*

7

*/s/ Seth A. Niederman*
Seth A. Niederman (No. 4588)
FOX ROTHSCHILD LLP
919 North Market Street, Suite 300
Wilmington, DE 19899-2323
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
E-mail: sniederman@foxrothschild.com

-and-

Andrew H. Sherman
Boris I. Mankovetskiy
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, NJ 07102
Telephone: (973) 643-7000
Facsimile: (973) 643-6500
Email: asherman@sillscummis.com
         bmankovetskiy@sillscummis.com

*Counsel to the Official Committee of Unsecured Creditors*

*/s/ Stuart M. Brown*
Stuart M. Brown (DE Bar No. 4050)
DLA PIPER LLP (US)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
stuart.brown@us.dlapiper.com

-and-

Joseph Kernen
One Liberty Place
1650 Market Street
Suite 5000
Philadelphia, PA 19103
Telephone:  (215) 656-3345
joseph.kernen@dlapiper.com

-and-

Richard A. Chesley
444 West Lake Street, Suite 900
Chicago, IL 60606
Telephone: (312) 368-4000
Facsimile: (312) 236-7516
richard.chesley@us.dlapiper.com

*Counsel for HSRE Entities*

*/s/ Timothy P. Cairns*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
PACHULSKI STANG ZIEHL & JONES LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone:  (302) 652-4100
ljones@pszjlaw.com
tcairns@pszjlaw.com

-and-

Stephen C. Hackney
Kent J. Hayden
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
stephen.hackney@kirkland.com
kent.hayden@kirkland.com

*Counsel for Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC*


SO ORDERED __ day of _____, 2022.

_____
The Honorable Richard G. Andrews
United States District Court Judge

9

RLF1 27957235v.1